UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**KATHERINE J. CANNATELLI**,                Case No. 3:12-cv-01903-KI

        Plaintiff,                JUDGMENT

   v.

**CAROLYN W. COLVIN**,

        Defendant.

George J. Wall
1336 East Burnside Street, Suite 130
Portland, OR 97214

    Attorney for Plaintiff

S. Amanda Marshall
United States Attorney
District of Oregon
Adrian L. Brown
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Page 1 - JUDGMENT

Catherine Escobar
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

    Attorneys for Defendant

KING, Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is affirmed and this case is dismissed.

IT IS SO ORDERED.

DATED this   23rd   day of December, 2013.

                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge